# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-857
Lower Tribunal No. 18-10545
_____

**Keegan Lee,**
Appellant,

vs.

**Kierstin Matsuda,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Raul Cuervo, Judge.

Arguez Hirsch PLLC, and Michael Arguez and Yenys Hirsch (Davie), for appellant.

Nancy C. Wear, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.